IN THE UNITED STATES...
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
MAR 23 2006
Stephan Harris, Clerk
Cheyenne

Jonathan Lee, Riches © A/K/A
"Secured Party",
Plaintiff

Complaint No.:
06-CV-81-D
"Terrorism Against Mankind"

v.

UNITED STATES Military;
U.S. Marines; U.S. Navy;
U.S. Army; U.S. Airforce,
Defendants

## Complaint

This is a complaint under 42 U.S.C 1983, Civil Rights violation by the Constitution and laws of the United States; federal tort claims, violation of criminal law including, but not limited to: Terrorism, Murder, Treason, Major fraud, wiretapping, Extortion, torture, Racketeering, Civil Rights, espionage, Assault, conspiracy, Genocide, war crimes, Explosives, Identity theft, Obstruction of Justice, Piracy, Arson, computer fraud, sabotage, Perjury, Criminal street gangs, concealment, false oaths, bribery, Riots, Slavery, Robbery, Malicious mischief, counterfeiting, Search and Seizures, injury to wildlife, Sex Abuse/rape, pornography, obscenity, Kidnapping, Stalking, Liquor trafficking, Psychiatric trauma, Invasion, False information, threats to commit violent acts, Malpractices, Aggravations, Nuisances, entrapments, mind manipulation, Brutality, Negligence, Persecutions, and poisoning.

DUE TO Restrictions with TYPEWRITERS And STATIONARY THIS COMPLAINT IS HANDWRITTEN WITH PENCIL

age 2
iches v. U.S Military
omplaint
Case 2:06-cv-00081-WFD    Document 1    Filed 03/24/2006    Page 2 of 4

Comes Now the Plaintiff Jonathan Lee., Riches© AKA "secured party", IN pro-se, moves this Honorable court to issue an order for all Defendants named in this suit to give a response. As Plaintiff is claiming that his federal and state constitutional rights are being violated under the 1st, 2nd, 4th, 5th, 6th, 8th, 13th, and 14th of the constitution. Relief requested, Plaintiff seeks .78¢ cents back by Gold and Silver coins delivered by United Parcel Service "UPS" to Federal correctional Institution williamsburg, Salters South Carolina, collectively from Defendants. Plaintiff seeks relief under the federal "whistle blowing" act. Plaintiff also seeks preliminary Injunction Temporary Restraining order against Defendants, Defendants Spouses, and all military vehicles.

### Count 1

The U.S. Military is in a vast conspiracy with Al-qaeda for world control new world order. Joint chief of staff Peter Pace and all Military Generals Jawed alliance with Al-qaeda on Sep. 11th 2001. All Military Jowed foreign Alliance with the KGB, Columbian Farc, Sundan JanJuweed rebels on Oct 5th 2004.

### Count 2

The U.S. Military Has a Secret base in Wyoming outside Yellowstone Park. A underground city, central command. The U.S Military is involved with the trading with the enemy act. Treason against this country selling military Secrets on Ebay to Foreign Nations

### Count 3

The U.S. Military Secret command center in Wyoming is in violation of Anti-trust laws, forming global domination, taking away americans right to bear arms. Jan 17th, 2002, U.S Marines came to my residence at Holiday Florida and stole my .22 rifle, 20 gauge Remington, multiple shot guns. Military boot foot prints and a map of wyomings

### Count 4

U.S Military Killed millions of citizens. Evidence is footage on CNN, fox news. They tried to poison me at FCI Bennettsville South Carolina on June 18th, 2005 through the vents, chemical gasses around the toilet. November 7th, 2004 I was At USP Coleman florida, the military tried to sniper me from a gun tower. Shocking me with Electronic impulses on Nov. 9th, 2004.

### Count 5

U.S military Stole my Identity on May 4th 2004 - Used my credit to apply for a Sears card 1,500 dollar balance, and Exxon/mobil gas card to finance their vehicles with fuel.

### Count 6

U.S military Plants RFID TAGS in American citizens, I witnessed this at a bird flu outbreak 12/18/03.

### count 7

U.S military Created the Sars virus  10/22/05
U.S military Sent Computer viruses/Hacker attacks  9/22/05
U.S military Set up Secret concentration camps at walmart parking lots Starting around June 5th, 2001
U.S Military hires illegal immigrants on June 9th, 2003

### Count 8

U.S military violated trademark and copyright laws. They Sold Jonathan Lee Riches© t-shirts, mugs, shirts on college campuses, recruiting stations, still going on today. This started 8/15/03

Page 4 Riches v. US military complaint

## Count 9

U.S Military is feeding me radioactive chemicals  03/02/06
U.S Military is planning to Nuke a U.S city in the future,
chatter was picked up through the NSA

## Count 10

U.S military conspired with American Hwys to charge Americans
use of toll roads, with ezpass to track americans  7/7/04
U.S. Military conspired with onstar to track All american
vehicles, log movement  06/05/03

I've been injured, the military is sending radio waves to my
brain as I write. I pray this court grants me relief.

respectfully submitted

Jonathan Lee, Riches ©
V.C.C 1-308

Jonathan Lee, Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590