# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JONATHAN LEE RICHES, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>UNITED STATES MILITARY, *ET AL*, )<br>)<br>Defendant(s). ) | Case No. 06-CV-81-D |

## ORDER DISMISSING CIVIL RIGHTS COMPLAINT

The above-entitled matter came before the Court upon Mr. Riches' civil rights complaint. On March 24, 2006, the Court notified Mr. Riches by mail that he had until April 24, 2006 to return a motion to proceed *in forma pauperis* or pay the filing fee. Mr. Riches has failed to return the motion to proceed *in forma pauperis* or pay the filing fee and the Court finds that the action should be dismissed.

NOW, THEREFORE, IT IS HEREBY ORDERED that this action be, and the same hereby is, DISMISSED without prejudice for failure to pay the filing fee.

DATED this   18th   day of May, 2006.

*[signature]*

United States District Judge